**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| RICHARD ERIC BELLORA,<br><br>Plaintiff,<br><br>vs.<br><br>PENNSYLVANIA DEPARTMENT OF CORRECTIONS, *et al.*,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 2:23-01834<br><br>Chief United States District Judge Cathy Bissoon<br><br>United States Magistrate Judge Patricia L. Dodge |

**MEMORANDUM ORDER**

This case has been referred to United States Magistrate Judge Patricia L. Dodge for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(l)(A) and (B), and Local Rule of Civil Procedure 72.

On March 9, 2026, Judge Dodge issued a Report ("R&R," Doc. 89) recommending that the Court dismiss this case for failure to prosecute. Service of the R&R was made on the counsel of record, and Plaintiff directly, and no objections were filed.

After a review of the pleadings and documents in the case, together with the R&R, it hereby is **ORDERED** that this action is **DISMISSED WITH PREJUDICE** for failure to prosecute. The Report and Recommendation is **ADOPTED** as the Opinion of the District Court.

This action shall be marked CLOSED.

IT IS SO ORDERED.

August 17, 2026

s/Cathy Bissoon
Cathy Bissoon
Chief United States District Judge

cc (via ECF email notification):
All Counsel of Record

(via U.S. Mail):
RICHARD ERIC BELLORA
270 Story Road
Export, PA 15632